August 27th, 2015

75,120-02

Fr: Derrick McDaniel
TDCJ No. 1604271
Estelle Unit Prison
264 Fm 3478
Huntsville, TX 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

To: Louise Pearson
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

Ref: Writ of Habeas Corpus 2008-CR-2749-W2

Dear Clerk,

I would like to know if the court of criminal appeals as received my writ from the 395th District Court of Bexar county yet? If so on what date?

Thank you for your time in this matter.

Respectfully submitted,

Derrick McDaniel

Derrick McDaniel